IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:17-CV-249-D

| | |
|---|---|
| HEINEKEN BROUWERIJEN B.V., HEINEKEN USA, INC., and CERVEZAS CUAUHTEMOC MOCTEZUMA, S.A. DE C.V., <br><br> Plaintiffs, <br><br> v. <br><br> BRIGHT NEON SIGNS, LLC, a/k/a BRIGHT NEON SIGNS, INC., a/k/a BRIGHTNEONSIGNS.COM, <br><br> Defendant. | ORDER |

On December 19, 2017, plaintiffs Heineken Brouwerijen B.V. ("HBBV"), Heineken USA Inc. ("HUSA"), and Cervezas Cuauhtemoc Moctezuma, S.A. DE C.V. ("CCM") (collectively, "plaintiffs") moved for attorney's fees and costs against Bright Neon Signs, LLC, a/k/a Bright Neon Signs, Inc., a/k/a Brightneonsigns.com ("defendant") [D.E. 16]. As explained below, the court grants the motion.

On November 28, 2017, this court entered judgment in favor of the plaintiffs against defendant on all counts of the complaint, and awarded plaintiffs attorney's fees and costs "in an amount to be proven," under 15 U.S.C. §1117(a) and N.C. Gen. Stat. §75-16.1(1). See [D.E. 15] 3. On December 19, 2017, plaintiffs submitted their time records and documentation demonstrating the qualifications of plaintiffs' attorneys and the reasonableness of their rates [D.E.16]. The time records show the hours that the attorneys expended on tasks concerning this litigation, and substantiate the fees and costs that plaintiffs seek. See [D.E. 16-2, 16-3]. The declaration of John

Dabney describes the qualifications of plaintiffs' attorneys and provides comparison rates of similarly-qualified attorneys. See [D.E. 16-1, 16-4].

The court finds that the attorney's hourly rates and hours expended on this matter are reasonable, and that the resulting fees are well within the range or lower than the fees charged for similar proceedings. Moreover, the attorney's fees that plaintiffs seek are justified under governing law. See, e.g., Fox v. Vice, 563 U.S. 826, 838 (2011); Farrar v. Hobby, 506 U.S. 103, 114 (1992); Hensley v. Eckerhart, 461 U.S. 424, 429 (1983); Grissom v. The Mills Corp., 549 F.3d 313, 320–21 (4th Cir. 2008); Raleigh Wake Citizens Assoc. v. Wake Cty. Bd. of Elections, No. 5:15-CV-156-D, 2017 WL 4400754, at *4–10 (E.D.N.C. Sept. 29, 2017) (unpublished). The court also finds that the costs that plaintiffs seek are appropriate.

In sum, the court GRANTS plaintiffs' motion [D.E. 16] and AWARDS to plaintiffs attorney's fees in the amount of $40,991.25 and costs in the amount of $1,926.09.

SO ORDERED. This 19 day of January 2018.

JAMES C. DEVER III
Chief United States District Judge