UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

HEINEKEN BROUWERIJEN B.V.,     )
HEINEKEN USA INC., CERVESAS    )
CUAUHTEMOC MOCTEZUMA, S.A.   )
DE C.V.,                             )
                                   )
           Plaintiffs,      )
                                   )     **JUDGMENT IN A CIVIL CASE**
v.                            )     **CASE NO. 5:17-CV-249-D**
                                   )
BRIGHT NEON SIGNS, a/k/a Bright   )
Neon Signs, Inc., a/k/a           )
brightneonsigns.com,           )
                                   )
          Defendant.      )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiffs' motion [D.E. 16] and AWARDS to plaintiffs attorney's fees in the amount of $40,991.25 and costs in the amount of $1,926.09.

**This Judgment Filed and Entered on January 19, 2018, and Copies To:**

Jennifer Butler Routh                           (via CM/ECF electronic notification)

DATE:                               PETER A. MOORE, JR., CLERK

January 19, 2018                   (By)  /s/ Nicole Briggeman

                                     Deputy Clerk